FILED
APR 12 2006
APR 12 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PEARLEAN JOHNSON, | ) | Formerly Case No. 2006L000163, |
| Plaintiff, | ) | Circuit Court of Cook County, Law Division |
| v. | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | 06CV2069 |
| Defendant. | ) | JUDGE HOLDERMAN |
| | ) | MAGISTRATE KEYS |

### NOTICE OF REMOVAL OF CIVIL ACTION

To: Clerk of the Court                  Ms. Pearlean Johnson
    Circuit Court of Cook County        546 N. Addison Rd.
    Daley Center, Room 1001             Villa Park, Illinois 60181
    Chicago, Illinois 60602

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Law Division, Chicago, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 28 U.S.C. § 2679, and in support states:

1. On January 6, 2006, plaintiff, Pearlean Johnson, commenced this civil action against the United States Department of Education, by alleging that Great Lakes Higher Education Guaranty Corporation and the Department of Education fraudulently withheld a tax refund in the amount of $59.00, and in so doing intentionally caused her emotional distress. A copy of the summons and complaint has not been served on the Department of Education or the Attorney General, as required by federal statute. However, a copy of the summons and complaint was informally received by the

United States Attorney on February 3, 2006. Copies of all process, pleadings and orders informally received by the United States Attorney are attached pursuant to 28 U.S.C. § 1446(a) as Exhibit A.

2. A Notice of Removal may be filed without bond at any time before trial. Trial has not been had in this action.

3. The filing of this Notice of Removal, this civil action shall be deemed an action against the United States pursuant to 28 U.S.C. § 2679, and the United States shall be substituted as the party defendant.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Law Division, is properly removed to the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. § 2679(d).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
PIERRE C. TALBERT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4088



**GOVERNMENT EXHIBIT A**

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS** |

(Rev.12/3/01) CCG 0001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

PEARLEAN JOHNSN
v.
U.S Department Of Education

No. 2006L000163
~~CALENDAR/ROOM U~~
TIME 00:00
Fraud

298

**SUMMONS**

To each defendant: ETAL    111 N. Canal Street Ste #1009
                          Chicago, IL 60606

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

You must file within 30 days after service of this summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Atty. No.: _____
Name: PEARLEAN JOHNSN
Atty. for: _____
Address: 546 N Addison Road
City/State/Zip: Villa Park IL 60181
Telephone: _____

WITNESS, _____

*Dorothy Brown*
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____

[SEAL]

PEARLEAN JOHNSON

V

GREAT LAKES HIGHER Education Guaranty Corporation ETAL

2006L000163
CALENDAR/ROOM U
TIME 00:00
Fraud

## COURT CASE

**"Bait and Switch" scam**
Item "B" ($60,160.00 – the "Bait" contract) below is what I signed (Ex - H); however, Collegiate Funding and Great Lakes is trying to force upon me their "Switch" contract; item "C." Contract "C" packet was sent to me but not signed (see Ex- C)

> B). Collegiate Funding's promissory note (see Ex-H), claimed they will pay-out **$60,160.00**.
>
> 32,408.00
> 27,752.00
> (12,775.00) Nelnet, not included in pay-off (pay-off was denied)
> **$60,160.00 (Total)**

C) On the other hand, Collegiate Funding and Great Lakes sent me a packet (see Ex-C) requesting payment of **$135,054.00**.

> 77,405.06 (loans)
> 57,648.94 (interest)
> **$135,054.00 (Total)**

**Emotional Distress**
A. Great Lakes and the U.S. Dept of Education created an EIC Tax Refund of $59.00 and then turned around and intercepted the Federal Tax Refund and applied it to an alleged debt owed to Great Lakes. This act was a pure case of cruel intent to inflict emotional distress upon me.

B. Diversified Collection Services, Inc. (DCS), who works for Great Lakes

**Ruined Credit**

A. I am unable to refinance my home (to a low fix-rate)

B. I am unable to get a simple credit card

C. Due to my credit rating, I have to get <u>extremely high loan rates</u> for Home Equity Loans, Car Loans, Personal Loans, etc.

D. <u>Could not purchase my office building @ 1060 W. Van Buren, Chicago, IL 60607</u>

**Entrapment**
CFS' <u>combined</u> application and promissory note is an "entrapment!"
<u>CFS used this application/note as an application</u> – this is the reason why there was no interest rate and no total dollar amounts on the application I signed. I thought that CFS could not enforce a document being used as an application for there was <u>no</u> interest rate and <u>no</u> total dollar amount for a meeting of the minds by both parties.

**Fraudulent Acts**
- CFS lied about all of my loans were (or going to be) consolidated – CFS and Great Lakes intentionally neglected to inform me that EFS (now owned by Nelnet) denied them pay-off requests of my student loans.

- CFS and Great Lakes tried to pass off one of my loans, the $12,755.00, as an EFS/Nelnet loans so that I would think that all my loans were consolidated.

- CFS and Great Lakes lied about EFS loan amounts.

---

- **Great Lakes Higher Education Guaranty Corporation**
  2401 International Lane
  Madison, WI 53704-3192

- **Diversified Collection Services, Inc.**
  P.O. Box 9057
  Pleasanton, CA 94566-0057

- **Collegiate Funding Services, LLC (CFS)**

- U.S. Department of Education

_[signature]_
Pearlean Johnson

**FILED**

APR 12 2006

APR 12 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEARLEAN JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Formerly Case No. 2006L000163 |
| v. ) | Circuit Court of Cook County, |
| ) | Illinois, County Department, |
| U. S. DEPARTMENT OF EDUCATION, ) | Law Division |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

To:  Dorothy A. Brown, Clerk              Pearlean Johnson
     Circuit Court of Cook County          546 North Addison Rd.
     Daley Center, Room 1001               Villia Park, Illinois
     Chicago, Illinois 60602

PLEASE TAKE NOTICE that on April 12, 2006, the undersigned filed with the Clerk of this Court, **NOTICE OF REMOVAL OF A CIVIL ACTION**, service of which is being made upon you.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
PIERRE C. TALBERT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4088

**06CV2069
JUDGE HOLDERMAN
MAGISTRATE KEYS**

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

### AFFIDAVIT OF SERVICE BY U.S. MAIL

HERMEIN BASKIN being first duly sworn on oath deposes and says that she is employed in the Office of the United States Attorney for the Northern District of Illinois; that on the 12th day of April 2006, she MAILED a copy of

1. **NOTICE OF FILING**

2. **NOTICE OF REMOVAL OF A CIVIL ACTION**

to the individuals named below.

    Clerk of the Court
    Circuit Court of Cook County
    Daley Center, Room 1001
    Chicago, Illinois 60602

    Martha L. Jackson
    2201 Crain Street
    Evanston, Illinois 60202

_Hermein Baskin_

SUBSCRIBED AND SWORN TO before me

this 12th day of April 2006

_Lenora E. Nape_
NOTARY PUBLIC

"OFFICIAL SEAL"
Lenora E. Nape
Notary Public, State of Illinois
My Commission Exp. 11/19/2009